**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ZACHARY J. ZAWATSKY | : | |
| Plaintiff, | : | C.A. No. 07-484 S |
| v. | : | |
| LOWE'S HOME CENTERS, INC. | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

I, Robert P. Brooks, hereby enter my appearance on behalf the Defendant Lowe's Home Centers, Inc. in the above-captioned case.

Defendant,
LOWE'S HOME CENTERS, INC.
By its attorney,

/s/ *Robert P. Brooks*

ROBERT P. BROOKS (#3721)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
rbrooks@apslaw.com
Dated: January 22, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2008, a copy of the foregoing Entry of Appearance on behalf of Lowe's Home Centers, Inc. was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Robert P. Brooks*

*441646_1.doc*