**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ZACHARY J. ZAWATSKY | : | |
| Plaintiff, | : | C.A. No. 07-484 S |
| v. | : | |
| LOWE'S HOME CENTERS, INC. | : | |
| Defendant. | : | |

**STIPULATION**

The undersigned parties hereby stipulate and agree that Defendant, Lowe's Home Centers, Inc., shall have up to and including February 6, 2008 to answer or otherwise respond to Plaintiff's Complaint.

Defendant,
LOWE'S HOME CENTERS, INC.
By its attorney,

*/s/ Robert P. Brooks*
Robert P. Brooks (#3721)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
rbrooks@apslaw.com
Dated: January 22, 2008

Plaintiff,
ZACHARY J. ZAWASKY
By his attorney,

*/s/ John T. Longo*
JOHN T. LONGO (#4928)
681 Smith Street
Providence, RI 02908
Tel: (401) 272-2177
Fax: (401) 537-9185
jtlongo@yahoo.com
Dated: January 22, 2008

*441546_1.doc*